IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00122-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ANDRES ENRIQUEZ-MENDOZA**,

    Defendant.

_____

**UNOPPOSED MOTION FOR EXPEDITED SENTENCING**
_____

Andres Enriquez-Mendoza, by and through undersigned counsel, Assistant Federal Public Defender Laura Suelau, hereby requests that the Court requests this Court Order probation prepare an Expedited Sentencing Report and set his Sentencing hearing before the current date of August 23, 2019. In support thereof, Mr. Enriquez-Mendoza states:

    **I.**    **Procedural History**

Mr. Enriquez-Mendoza ("Enriquez") was indicted on March 20, 2017. However, he was taken into custody by Immigration and Customs Enforcement ("ICE") on February 12, 2019, and a prior order of removal was reinstated the next day. At the time of his arrest by ICE, Mr. Enriquez suffered a head injury and has reported chronic

migraines, occasional black outs, and loss of vision at the result of that injury. He remained in ICE custody for five weeks, until his arrest and first appearance in federal court on March 25, 2019 (pursuant to an indictment and arrest warrant issued March 20, 2019).

Mr. Enriquez filed a Notice of Disposition on May 1, 2019. Doc. 16. His change of plea hearing was initially scheduled for May 30, 2019, however, he reported a severe headache and the inability to understand the proceedings. The change of plea hearing was reset for June 12, 2019. On June 12, Mr. Enriquez again reported not feeling well enough to proceed and the hearing was reset to June 17, 2019. On June 17, 2019, Mr. Enriquez entered a plea of guilt to the sole count of the Indictment. Docs. 25-27.

Mr. Enriquez's sentencing is currently set for August 23, 2019.

**II.      Expedited sentencing is appropriate in this case.**

As outlined in his Plea Agreement, the parties believe Mr. Enriquez has a total offense level of **10**. The government agreed to request an additional 1-level downward departure in light of a "fast-track" disposition in exchange for Mr. Enriquez's waiver of certain appellate rights. Mr. Enriquez's criminal history category is II. The resulting recommended guideline range is 6-12 months.

Despite repeated requests for medical attention at the Federal Detention Center (FDC), Mr. Enriquez's symptoms have not been adequately diagnosed or treated. It is likely the U.S. Marshals and FDC simply lack the resources to address his concerns. *See* U.S. Dep't of Justice, Office of the Inspector Gen., "Review of the Federal Bureau of Prisons' Staffing Challenges, at i (Mar. 2016). Each additional day spent in custody, is a day he will not receive adequate diagnosis of, and treatment for, his condition.

Pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii), a court may immediately sentence a defendant without the benefit of a full presentence investigation by Probation if the court finds that the information in the record enables it to exercise its sentencing authority under 18 U.S.C. § 3553 and the court explains its findings on the record.

Mr. Enriquez appeared before this Court in 12-cr-00498-PAB. A presentence report was prepared at that time. Doc. 20. The information contained in that report, combined with the factual stipulation provided in the plea agreement, the bail report, and an expedited or modified investigation Report, are sufficient to satisfy the requirements of Rule 32(c) of the Federal Rules of Criminal Procedure.

The government does not oppose this motion.

**III.     Conclusion**

Mr. Enriquez-Mendoza respectfully requests that this Court order a modified Presentence Investigation Report and set this matter for sentencing before August 23, 2019.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
>
> s/Laura H. Suelau
> LAURA H. SUELAU
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> laura.suelau@fd.org
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2019, I electronically filed the foregoing Notice of Disposition with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Rajiv Mohan, AUSA
  Rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Andres Enriquez-Mendoza    (via Mail)

              s/Laura Suelau
              LAURA SUELAU
              Assistant Federal Public Defender
              633 17th Street, Suite 1000
              Denver, CO  80202
              Telephone:  (303) 294-7002
              FAX:  (303) 294-1192
              laura.suelau@fd.org
              Attorney for Defendant