**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00122-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES ENRIQUEZ-MENDOZA,
A/K/A ANDRES MENDOZA-ENRIQUEZ,
A/K/A JESUS GUADALUPE BUSTILLOS-MENDOZA,

    Defendant.

---

**UNITED STATES' MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE**

---

The United States of America moves for a one-level downward departure pursuant to § 5K3.1 of the United States Sentencing Guidelines authorizing early-disposition programs. The defendant qualifies for this one-level downward departure under this District's Fast Track Policy, and this motion was specifically contemplated in section I.C of the plea agreement entered to resolve this matter.

Dated:  July 24, 2019

Respectfully submitted,

JASON R. DUNN
United States Attorney


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Laura Suelau				Laura_Suelau@fd.org


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov