IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00122-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES ENRIQUEZ-MENDOZA,
A/K/A ANDRES MENDOZA-ENRIQUEZ,
A/K/A JESUS GUADALUPE BUSTILLOS-MENDOZA,

    Defendant.

## UNITED STATES' RESPONSE TO THE PRESENTENCE REPORT

    The United States of America submits this response to the presentence report filed in this case. Doc. 30. The government has no objections to the factual portion of the report. The government also does not object to the guidelines calculation or the recommended sentence in the middle of the guidelines range if the Probation Department would continue to stand by a midrange recommendation after the one-level downward departure which the government has moved for contemporaneously with this response.

Dated:  July 24, 2019

Respectfully submitted,

JASON R. DUNN
United States Attorney


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Laura Suelau						Laura_Suelau@fd.org


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov